**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr56**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **EVELYN BAERES-CHICAS** | ) | |
| _____ | ) | |

**THIS MATTER** is before this Court after receiving in chambers a letter from Defendant, a copy of which is attached to this Order.

In order for the Court to act upon a matter the parties must file motions and other court documents with the Clerk. The Court cannot act upon letters that are mailed to chambers, whether *ex parte* or with notice.

Since Defendant has chosen to attempt to correspond with the Court by mailing a letter to chambers, and such letter does not reflect notice thereof to the Government or to Defendant's counsel, the Clerk will be directed to return the letter to Defendant. Defendant is not to have direct contact with the Judge's Chambers.

1

**IT IS THEREFORE ORDERED** that any further action that the Defendant seeks to take before this Court shall be by written motion, petition or other filing submitted to the Clerk of this Court, to be filed in the ordinary course, and only through counsel of record.

**IT IS FURTHER ORDERED** that the Defendant shall not attempt to correspond with the Court through Judge's Chambers.

**IT IS FURTHER ORDERED** that the Clerk shall return the original letter to the Defendant, a copy of which is attached hereto, and send it along with a copy of this Order. **SO ORDERED.**

Signed: October 1, 2008

Martin Reidinger
United States District Judge